

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN
~~WILL WILSON~~
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Hon. M. O. Flowers
Secretary of State
Austin, Texas

Dear Sir:

Opinion No. 0-2017
Re:  Is proposed charter of "United Amer-
     ican Club of Bexar County, Texas,"
     an educational undertaking within
     the purview of subdivision 2, Article
     1302, Revised Civil Statutes of Texas,
     1925?

This will acknowledge receipt of your letter of February 27, 1940, in which you seek the opinion of this department on the question of whether or not the purpose clause contained in the charter application of the "United American Club of Bexar County, Texas" comes within the purview of an educational undertaking as contemplated by subdivision 2, Article 1302, Revised Civil Statutes of Texas, 1925.

The purpose clause under consideration is:

"This association is formed for the purpose of supporting an educational program, designed to break down racial prejudice between nations; perpetuate good fellowship and Americanism, aiding one another in the procurement of work and striving for the general improvement of social conditions in the City of San Antonio and Bexar County, Texas."

We think there can be no doubt but that our opinion Nos. 0-1028, approved July 22, 1939, 0-1032, approved July 22, 1939, and 0-1171, approved August 19, 1939, the originals of which are in your files, are determinative of the question here submitted.

For each of the reasons contained in the above mentioned opinions we must necessarily hold that the purpose clause presented in the instant application is not educational within the purview and intent of Section 2, Article 1302, Revised Civil Statutes of Texas, 1925.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By s/Lloyd Armstrong
    Lloyd Armstrong
    Assistant

LA:AW:wc

APPROVED MAR 9, 1940
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee By s/BWB Chairman